In the Matter of the Judicial Settlement of the Account of Proceedings of the PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK, Administrator, etc., of CATHERINE ADAMS, Also Known as CATHERINE M. ADAMS, Deceased. WILLIAM O'BRIEN, Appellant; PUBLIC ADMINISTRATOR OF THE COUNTY OF NEW YORK and Others, Respondents.— Decree, so far as appealed from, unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

SAMUEL GLUCK, Respondent, v. ERWIN A. HOLZAPFEL and W. G. SHELTON COMPANY, Appellants.— Counsel for the respective parties having stipulated upon the argument that they would abide by any increase of damages the court would deem proper, the order is modified by fixing the amount of damages at $3,500, and as so modified affirmed, without costs of this appeal. Settle order on notice. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. 243 CORPORATION, Appellant, v. WILLIAM STANLEY MILLER and Others, as Commissioners of Taxes and Assessments of the City of New York, and Constituting the Board of Taxes and Assessments of the City of New York, Respondents.— Orders, so far as appealed from, affirmed, with twenty dollars costs and disbursements. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.; O'Malley, J., dissents and votes to sustain writ and confirm the report of the referee on the question of value for 1936.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. SAMUEL ROSENBERG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v. STEPHEN WANG, Appellant.— Judgment unanimously affirmed. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

HATTIE H. ESCHELBACH, Respondent, v. THE TRAVELERS INSURANCE COMPANY, Appellant.— Order unanimously affirmed, with twenty dollars costs and disbursements, with leave to the defendant to answer within twenty days after service of order on payment of said costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, v. Rev. JOHN W. SAUNDERS and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ. [173 Misc. 455.]

WALKER MEMORIAL BAPTIST CHURCH, INC., Respondent, v. RACHEL BROUN and Others, Appellants.— Judgment unanimously affirmed, with costs. No opinion. Present — Martin, P. J., O'Malley, Townley, Cohn and Callahan, JJ.